[No. 5041–1.   Division One.   November 27, 1978.]

*In the Matter of the Marriage of* JEANNE E. HAMMOND,
*Respondent,* v. ROCKWELL HAMMOND,
*Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. D–87634, Robert M. Elston, J., entered September 10, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, A.C.J., Dore, J., dissenting.